**BILL LOCKYER**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public:  (415) 703-5500
Telephone:  (415) 703-5474
Facsimile:  (415) 703-5480
E-Mail:  Michele.Inan@doj.ca.gov

October 31, 2006

The Honorable Charles R. Breyer
United States District Court, Northern District
San Francisco Division
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

RE:  JACKSON, Louis T. v. M. McLean, et al.
     United States District Court, Northern District, Case No. C-06-2116-CRB(PR)

Dear Judge Breyer:

This office represents the defendants M. McLean and M.S. Sayre, M.D. in this civil rights action under 42 U.S.C. § 1983. The plaintiff, a prisoner a High Desert State Prison, alleges that, while at Pelican Bay State Prison, nurse practitioner M. McLean and chief physician M.C. Sayre were deliberately indifferent to his serious medical needs when they refused to remove metal fragments from plaintiff's knee.

I acknowledged receipt of the summons and complaint from the United States Marshall today, October 31, 2006. A responsive pleading on behalf of defendants is due no later than November 20, 2006.

I am writing because the Court's Order of Service filed August 30, 2006 orders defendants to file a motion for summary judgment no later than 90 days from the date of the order, which is November 28, 2006. I ordered the plaintiff's medical records, including x-rays, but I do not expect to receive the records for at least 30 days. After that, I need about 30 days for expert review of the medical records and 30 days to prepare a motion for summary judgment, assuming the case can be resolved by summary judgment.

Given these time frames, the defendants request permission to file a defense motion for summary judgment no later than Friday, February 2, 2007.

Thank you for consideration of this request.

Sincerely,

S. MICHELE INAN
Deputy Attorney General
For  BILL LOCKYER
     Attorney General

SMI:ss
40114749.wpd