IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS T. JACKSON, | ) | |
| Plaintiff(s), | ) | No. C 06-2116 CRB (PR) |
| v. | ) | ORDER |
| M. McLEAN, et al., | ) | |
| Defendant(s). | ) | |

Defendants have moved for summary judgment on plaintiff's claim that they were deliberately indifferent to his serious medical needs.  In response, plaintiff filed a motion for summary judgment and supporting evidence, which the court will also construe as an opposition to defendants' motion for summary judgment.

The court requests that defendants file a response to plaintiff's pleading within 15 days of this order.

SO ORDERED.

DATED: May 4, 2007

CHARLES R. BREYER
United States District Judge